# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2024 KW 0599

VERSUS

WAYNE ESCORT                                    **SEPTEMBER 23, 2024**

---

In Re:     Wayne Escort, applying for supervisory writs, 16th
           Judicial District Court, Parish of St. Mary, Nos. 22-
           210828, 22-210817.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED.** See this court's prior ruling in **State v.
Escort**, 2024-0281 (La. App. 1st Cir. 7/1/24), 2024 WL 3251050
(unpublished).

                                                  **MRT**
                                                  **WRC**
                                                  **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT